UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MELISSA TRICELLE FREEMAN, ) | |
| ) | Case No. 1:16-cv-502 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Susan K. Lee |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY and DOES I–X, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

For the reasons stated in the accompanying memorandum opinion, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT